United States District Court
Southern District of Texas
**ENTERED**
November 30, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| COMPASS BANK, | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-01576 |
| | § | |
| KAREN W. DIXON, *et al.*, | § | |
| *Defendants.* | § | |

## ORDER

Given the recent Report and Recommendation, this Court denies the Motion for Accelerated Briefing (Doc. No. 90) as moot.

SIGNED at Houston, Texas this 29th day of November, 2018.

Andrew S. Hanen
United States District Court Judge

1