IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMPASS BANK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-1576 |
| | § | |
| KAREN W. DIXON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has before it the Memorandum and Recommendation of the United States Magistrate Judge (Doc. No. 141), the Defendants' Motion for Clarification, Or in the Alternative, Objection to Memorandum and Recommendation (Doc. No. 146), the Plaintiff's objections thereto (Doc. No. 147, 148), Defendants' Joint Response to Plaintiff's Objections (Doc. No. 150), and the Plaintiff's Reply in Support of its Objections (Doc. No. 155). The Court has considered *de novo* all of the objections and arguments as well as the Defendants' Response as well as the actual motions that are the subject matter of the Memorandum and Recommendation and hereby adopts the Memorandum and Recommendation. The Court notes to the extent that the arguments contained in Defendants' Joint Response (Doc. No. 150) are argued as objections, they were not timely filed and are overruled. That being said, the Court overrules both the Plaintiff's and Defendants' objections and adopts the Memorandum and Report. The actual Motion for Clarification will be ruled upon by Judge Stacy.

SIGNED at Houston, Texas this ___ day of February, 2019.

Andrew S. Hanen
United States District Court Judge